JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| YIYI LI, | ) | Case No. CV 15-5139 FMO (PLAx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| JEH JOHNSON, Secretary, Department of Homeland Security, et al. | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 11th day of December, 2015.

/s/
Fernando M. Olguin
United States District Judge